**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 23-1983

ARBEN GJIKA,

Petitioner,

v.

MERRICK B. GARLAND, Attorney General,

Respondent.

On Petition for Review of an Order of the Board of Immigration Appeals.

Submitted:  July 18, 2024                                    Decided:  August 30, 2024

Before WILKINSON and HEYTENS, Circuit Judges, and FLOYD, Senior Circuit Judge.

Petition dismissed by unpublished per curiam opinion.

**ON BRIEF:** Brad Banias, BANIAS LAW, LLC, Charleston, South Carolina, for Petitioner.  Brian M. Boynton, Principal Deputy Assistant Attorney General, Anthony C. Payne, Assistant Director, Jennifer A. Bowen, Office of Immigration Litigation, Civil Division, UNITED STATES DEPARTMENT OF JUSTICE, Washington, D.C., for Respondent.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Arben Gjika, a native and citizen of Albania, petitions for review of an order of the Board of Immigration Appeals (Board) granting Gjika's motion to reconsider but declining to reopen its discretionary denial of Gjika's request for a § 212(i) waiver of inadmissibility. *See* 8 U.S.C. § 1182(i)(1). Upon review, we conclude that we lack jurisdiction to consider Gjika's claims challenging the Board's refusal to reopen its discretion-based decision. *See* 8 U.S.C. §§ 1182(i)(2), 1252(a)(2)(B)(i). While we retain jurisdiction to review constitutional claims and questions of law, 8 U.S.C. § 1252(a)(2)(D), Gjika's claims do not so qualify. Accordingly, we dismiss the petition for review for lack of jurisdiction. *In re Gjika* (B.I.A. Aug. 25, 2023). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*PETITION DISMISSED*

2